**United States District Court**
For the Northern District of California

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7
8

KRISTIAN M. GERMANI,

9
        Plaintiff,                 Case Number: 3:14-cv-03378 EDL

10
    v.                        ORDER CONTINUING CASE

11
                             MANAGEMENT CONFERENCE

STATE FARM INSURANCE CO., et al.,

12
        Defendants.

13
_____/

14
       You are hereby notified that the Case Management Conference previously scheduled for October

15
21, 2014 at 10:00 a.m. is continued to October 21, 2014 at 3:00 p.m.  Deadlines associated with the Case

16
Management Conference shall remain the same.

17
18
Dated:  August 11, 2014

19
_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTIAN M. GERMANI,

        Plaintiff,

  v.

STATE FARM INSURANCE CO., et al.,

        Defendants.

                             /

Case Number: 3:14-cv-03378 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2014, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kristian M. Germani
P.O. Box 443
Vallejo, CA 94590

Dated: August 11, 2014

                            Richard W. Wieking, Clerk

                            By: /s/ Stephen Ybarra
                               Deputy Clerk