IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIAN M. GERMANI,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE FARM INSURANCE COMPANY, et al.,<br><br>        Defendants.<br>_____/ | No. C -14-03378 EDL<br><br>**ORDER DENYING MOTION TO COMPEL AND DENYING MOTION FOR PRELIMINARY INJUNCTION** |

    Plaintiff filed this case on July 25, 2014, along with a motion to compel (docket no. 3) and a motion for preliminary injunction (docket no. 2, erroneously docketed as a motion for permanent injunction). There is no indication that Defendants have been served in this matter. The time for briefing these motions has passed. The motions are appropriate for decision without oral argument.

    In general, no discovery is permitted until the parties have engaged in the meet and confer process. See Fed. R. Civ. P. 26(d). Further, a motion to compel is normally only proper after a party fails to respond to discovery requests that have been served on it. See Fed. R. Civ. P. 37(a). Here, it appears that Defendants have not yet been served in this case, and discovery has not opened. Therefore, the motion to compel is denied without prejudice.

    Plaintiff seeks a preliminary injunction against the Superior Court in Vallejo, California, which is not a party to this case. See Fed. R. Civ. P. 65(a). Plaintiff has also not made a showing that she is entitled to a preliminary injunction at this time. See Winter v. Natural Res. Def. Council, 555 U.S. 7, 20, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008) (holding that to obtain a preliminary injunction, a plaintiff "must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest."). The substance of Plaintiff's motion consists

of four sentences stating that the Court should require the Superior Court to lift a hold on the suspension of Plaintiff's driver's license, but the motion does not contain any supporting legal argument or evidence. Moreover, this Court generally cannot enjoin a state court and does not act in an appellate capacity over the state court. Therefore, Plaintiff's motion for preliminary injunction is denied.

Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling (415)782-8982 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, Plaintiff may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges Plaintiff to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED.**

Dated: August 19, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge