IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTIAN M. GERMANI,

    Plaintiff,

v.

STATE FARM INSURANCE COMPANY,

    Defendants.

No. 14-03378 EDL

**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

On October 14, 2014, Plaintiff filed a request to continue the initial case management conference set for October 21, 2014 to allow her time to serve Defendants. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. The case management conference shall be held on December 30, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 15, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge