IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIAN GERMANI, | No. C -14-03378 EDL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| STATE FARM INSURANCE COMPANY, et al., | |
| Defendants. | |

On July 25, 2014, Plaintiff filed this case against State Farm Insurance Company and a number of individual Defendants. Plaintiff consented to the jurisdiction of a magistrate court and an initial case management conference was set for October 21, 2014. On October 14, 2014, Plaintiff filed a request to continue the case management conference to allow time to serve the defendants. On October 16, 2014, the Court granted Plaintiff's request and continued the case management conference to December 30, 2014 to allow time for Plaintiff to serve Defendants and for Defendants to appear. Since that time, no proofs of service or executed waivers have been filed, no Defendant has appeared, and no case management statement has been filed.

Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 120 days after the complaint is filed, the court – on motion or its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a

specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  Here, Plaintiff does not appear to have timely served any Defendant despite having been granted a continuance of the case management conference in order to allow additional time for service.  Accordingly, Plaintiff is ordered to show cause as to why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Plaintiff's response to this Order to Show Cause shall be due no later than January 5, 2015.  If Plaintiff fails to file a response to this Order to Show Cause by January 5, 2015, the Court will dismiss the action without prejudice for failure to prosecute.  The case management conference set for December 30, 2014 is hereby vacated.

**IT IS SO ORDERED.**

Dated: December 24, 2014



ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

2