IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIAN M. GERMANI, | Case No. 14-cv-03378 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| STATE FARM INSURANCE COMPANY, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Case Management Conference is rescheduled to February 11, 2015, at 10:00 a.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: January 22, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge