IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIAN M. GERMANI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants.　　　　　　／ | Case No. 14-cv-3378 EDL<br><br>**ORDER** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Case Management Conference is rescheduled to February 18, 2015, at 2:30 p.m., in Courtroom E, located on the 15th floor at 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: February 9, 2015

　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge