UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIAN M. GERMANI,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.  14-cv-03378-EDL<br><br>**ORDER DISMISSING CASE** |

    On December 24, 2014, the Court issued an Order to Show Cause, stating that Plaintiff did not appear to have served any Defendants within the time frame required by Federal Rule of Civil Procedure 4(m) despite having been granted a continuance of the case management conference in order to do so. The Court ordered Plaintiff to show cause no later than January 5, 2015 as to why this case should not be dismissed for failure to prosecute.

    On December 31, 2014, Plaintiff filed a Motion for Request of Production of Documents (docket no. 13) and a "Motion Requesting Issuance of Two Respondents The City and Mr. Younger." Plaintiff also filed a Motion for Entry of Default, which was declined by the Clerk's Office. While Plaintiff did not file a specific response to the Court's Order to Show Cause and there was no indication that she had served any Defendants, the Court construed the "Motion Requesting Issuance of Two Respondents The City and Mr. Younger" as a response to the Order to Show Cause on the question of service of the complaint.

    In a January 21, 2015 Order, the Court concluded that the "Motion Requesting Issuance of Two Respondents The City and Mr. Younger" was a request that the Court order the United States Marshal's Office to serve the summons and complaint on these Defendants pursuant to Federal Rule of Civil Procedure 4(c)(3). The Court found that Plaintiff had not shown that she was entitled to relief under Rule 4(c)(3), but that even if Plaintiff had made a showing to support relief

under Rule 4(c)(3), the time period to serve Defendants had passed, and she had not shown good cause under Federal Rule of Civil Procedure 4(m) to extend the time to serve Defendants. The Court ordered Plaintiff to show good cause as to why this case should not be dismissed for failure to serve the complaint, and warned Plaintiff that the Court would not necessarily excuse any missed deadlines.

On February 3, 2015, Plaintiff timely filed an "Order in Compliance with Court's Order and Motion to Proceed." While this document would adequately support Plaintiff's request for service under Rule 4(c)(3) based on the fact that she would qualify for in forma pauperis relief, Plaintiff did not show good cause as to her failure to serve the summons and complaint on Defendants during the time limit contained in Rule 4(m). Thus, Plaintiff's case is dismissed without prejudice. See Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED**.

Dated: February 17, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2